**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Justin Chaussard aka Justin Guy Chaussard<br>&<br>Kayla R. Chaussard aka Kayla Rose Chaussard,<br>aka Kayla Valentine Chaussard<br><div align="center">Debtors</div> | CHAPTER 7<br><br>BKY. NO. 16-24674 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-627-1322
    Fax: 215-627-7734
    Attorney for Movant/Applicant