Certificate Number: 17082-PAW-DE-028616435

Bankruptcy Case Number: 16-24674



17082-PAW-DE-028616435

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2017, at 5:53 o'clock PM MST, JUSTIN G CHAUSSARD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 13, 2017                    By:    /s/Orsolya K Lazar

                                            Name:  Orsolya K Lazar

                                            Title: Executive Director