

**UHEAA**
UTAH HIGHER EDUCATION
ASSISTANCE AUTHORITY

Loan Servicing
www.uheaa.org

RECEIVED
2017 JAN 24 A 10: 50
CLERK
BANKRUPTCY COURT
PITTSBURGH

## CHANGE OF ADDRESS FORM

DATE:       January 17, 2017

RE:         16-24674-PA
            KAYLA VALENTINE

Please change or add our agency name and/or address to the mailing matrix to read as follows:

Name:       UHEAA

Address:    PO Box 145108

City:       Salt Lake City

State/ZIP:  UT  84114-5108

Thank you,

Signed:     Cindy Oman
            Manager of Loan Servicing
            Utah Higher Education Assistance Authority

BKCOA

---

Local: (801) 321-7236
Toll Free: (877) 336-7397
Fax: (801) 366-8430
TDD: (801) 321-7130

E-Mail: uheaa@utahsbr.edu
www.uheaa.org

The Gateway 60 S 400 W Salt Lake City UT
P O Box 145111 Salt Lake City UT  84114-5111

UTAH SYSTEM OF
HIGHER EDUCATION
*Building a Stronger State of Minds*

facebook.com/uheaa
twitter.com/uheaa
youtube.com/uheaa

