Form 615

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Justin Chaussard** | : | Case No. 16−24674−GLT |
| aka Justin Guy Chaussard | : | |
| **Kayla R. Chaussard** | : | Chapter: 7 |
| aka Kayla Rose Chaussard, aka Kayla | : | |
| **Valentine Chaussard** | : | Related to Doc. No. 17 |
| *Debtor(s)* | : | |

## ORDER OF COURT SCHEDULING HEARING ON REAFFIRMATION AGREEMENT

*AND NOW*, on this **7th day of February, 2017,** the Court having determined that on February 6, 2017, the Debtor filed a *Reaffirmation Agreement* with Ally Bank,

IT IS HEREBY ORDERED that a hearing on the *Reaffirmation Agreement* shall be held on **March 9, 2017 at 08:30 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IT IS FURTHER ORDERED that the Debtor is directed to appear at the scheduled hearing. Failure to appear at this hearing may result in denial of the *Reaffirmation Agreement* without further notice or hearing.

Dated: February 7, 2017

cm: Debtor
    Debtors' Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24674-GLT
Justin Chaussard                                                        Chapter 7
Kayla R. Chaussard
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: hthu                Page 1 of 1                 Date Rcvd: Feb 07, 2017
                                  Form ID: 615              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db/jdb         +Justin Chaussard,   Kayla R. Chaussard,   3383 Washington Pike,   Bridgeville, PA 15017-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Joan    Shinavski    on behalf of Debtor Justin    Chaussard joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan    Shinavski    on behalf of Joint Debtor Kayla R. Chaussard joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 5