**FILED**

MAR 1 0 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-24674-GLT |
| | : | Chapter: | 7 |
| Justin Chaussard | : | | |
| Kayla R. Chaussard | : | | |
| | : | Date: | 3/9/2017 |
| *Debtor(s).* | : | Time: | 08:30 |

### PROCEEDING MEMO

***MATTER:***      #17 Reaffirmation Agreement Between Debtor and Ally Bank

***APPEARANCES***:

          Debtor:      Joan Shinavski

***NOTES:***

***OUTCOME:***

1. Order to be issued denying Reaffirmation Agreement.  (HT to prepare).

**DATED:** 3/9/2017