Form 617

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Justin Chaussard** | : | Case No. 16−24674−GLT |
| aka Justin Guy Chaussard | : | |
| **Kayla R. Chaussard** | : | Chapter: 7 |
| aka Kayla Rose Chaussard, aka Kayla | : | |
| **Valentine Chaussard** | : | Related to Doc. No. 17 |
| *Debtor(s)* | : | |

## ORDER OF COURT

   **AND NOW**, to wit, this ***10th day of March, 2017***, after notice and hearing pursuant to 11 U.S.C. Section 524(d) regarding the Reaffirmation Agreement entered into by and between Debtor(s) and Ally Bank filed with the Clerk of Court,

   **IT IS HEREBY ORDERED THAT** the above−referenced reaffirmation agreement be and is **NOT APPROVED** .

Dated: March 10, 2017

cm: Debtor
   Debtors' Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Justin Chaussard  
Kayla R. Chaussard  
     Debtors

Case No. 16-24674-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Mar 10, 2017  
                       Form ID: 617     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db/jdb        +Justin Chaussard,   Kayla R. Chaussard,   3383 Washington Pike,   Bridgeville, PA 15017-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:  
         James    Warmbrodt     on behalf of Creditor     Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica     trusteesikirica@consolidated.net,  
          PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
         Joan    Shinavski     on behalf of Debtor Justin    Chaussard joan@mckaylaw.com,  
          ann@mckaylaw.com;jshinavski@hotmail.com  
         Joan    Shinavski     on behalf of Joint Debtor Kayla R. Chaussard joan@mckaylaw.com,  
          ann@mckaylaw.com;jshinavski@hotmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
                                                                                         TOTAL: 5